# EXHIBIT A

United States of America

 To Promote the Progress

 of Science and Useful Arts

## The Director

of the United States Patent and Trademark Office has received an application for a patent for a new, original, and ornamental design for an article of manufacture. The title and description of the design are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the design shall be granted under the law.

Therefore, this United States

*Patent*

grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the design throughout the United States of America or importing the design into the United States of America for the term set forth by law.

DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE

## Maintenance Fee Notice

No maintenance fees are required in design patents.


## Patent Term Notice

If the application for this patent was filed on or after May 13, 2015, the term of this patent is 15 years from the date of grant of this patent, subject to any disclaimer under 35 U.S.C. 253. If the application for this patent was filed prior to May 13, 2015, the term of this patent is 14 years from the date of grant of this patent, subject to any disclaimer under 35 U.S.C. 253.

Form PTO-379C (Rev 09/17)



US0D1115368S

## (12) United States Design Patent
### Li

(10) **Patent No.:** **US D1,115,368 S**
(45) **Date of Patent:** ✱✱ **Mar. 3, 2026**

(54) **SINGLE BED FRAME FOR KIDS**

(71) Applicant: **Zhongshan Besway Technology Co., Ltd.**, Zhongshan (CN)

(72) Inventor: **Long Li**, Zhongshan (CN)

(73) Assignee: **Zhongshan Besway Technology Co., Ltd.**, Zhongshan (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/991,748**

(22) Filed: **Mar. 3, 2025**

(51) **LOC (15) Cl.** ............................................. **06-03**
(52) **U.S. Cl.**
USPC ........................................ **D6/390**
(58) **Field of Classification Search**
USPC ........ D6/382, 390, 391, 718, 718.26, 718.28
CPC .................................. A47D 7/00; A47C 19/00
See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D825,950 S | * | 8/2018 | Gwee | D6/390 |
| D1,001,531 S | * | 10/2023 | Spravniks | D6/390 |
| D1,002,221 S | * | 10/2023 | Spravniks | D6/390 |
| 2018/0027964 A1 | * | 2/2018 | Serure | A47B 85/06 |

#### OTHER PUBLICATIONS

"Twin Size Montessori Bed with Guardrails." Found online Nov. 1, 2025 at www.amazon.com. Product first available Nov. 14, 2024. Retrieved from URL: https://www.amazon.com/dp/B0DN18VXNM/ (Year: 2024).*

"Full Size Floor Platform Bed for Kids." Found online Nov. 1, 2025 at www.amazon.com. Product first available Dec. 9, 2024. Retrieved from URL: https://www.amazon.com/dp/B0DXP1Y4QV (Year: 2024).*

"Softsea Full Size Bed Frame for Kids User Manual." Found online Nov. 1, 2025 at www.manuals.plus. Product first available Feb. 11, 2025. Retrieved from URL: https://manuals.plus/asin/B0DWSMNYPP (Year: 2025).*

"Keiki Full Size Wooden Floor Bed w/Removeable Rails." Found online Nov. 1, 2025 at www.amazon.com. Product first available Feb. 11, 2025. Retrieved from URL: https://www.amazon.com/dp/B0DWSZP471 (Year: 2025).*

"Full Size Platform Bed." Found online Nov. 1, 2025 at www.amazon.com. Product first available Mar. 1, 2025. Retrieved from URL: https://www.amazon.com/dp/B0DYXB7YCF (Year: 2025).*

EM15102471 "Bed frames; Beds" Zhongshan Besway Technology Co., Ltd. Found Nov. 1, 2025 in DesignVision. Filed May 17, 2025. (Year: 2025).*

* cited by examiner

*Primary Examiner* — Mary Ann Calabrese
*Assistant Examiner* — Katelin G Kloberg
(74) *Attorney, Agent, or Firm* — Nitin Kaushik

(57) **CLAIM**

The ornamental design for a single bed frame for kids, as shown and described.

### DESCRIPTION

FIG. **1** is a front perspective view of a single bed frame for kids, showing my new design;
FIG. **2** is a rear perspective view thereof;
FIG. **3** is a front view thereof;
FIG. **4** is a rear view thereof;
FIG. **5** is a left side view thereof;
FIG. **6** is a right side view thereof;
FIG. **7** is a top view thereof;
FIG. **8** is a bottom view thereof; and,
FIG. **9** is an enlarged detail view of area **9** in FIG. **2**.
The broken lines in the drawings illustrate the portions of the single bed frame for kids, which form no part of the claimed design.
The dash-dot-dash broken lines encircling the enlarged views are for annotative purposes only and form no part of the claim thereof.

**1 Claim, 9 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9